**Linda CHEN, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 02–3237.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2003.

GAJARSA, Circuit Judge.

*ORDER*

Upon consideration of the Merit Systems Protection Board's unopposed motion to remand this case to the Board for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.